COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of E.L.A. III and J.E.A, Children

Appellate case number:    01-18-00751-CV

Trial court case number:   2017-03501J

Trial court:              313th District Court of Harris County

Appellees, H.S. and J.S, have filed an unopposed motion for an extension of time to file their brief. The motion is **granted**. **The brief of appellees, H.S. and J.S., is due to be filed no later than Monday, December 17, 2018.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. This Court is required to bring the appeal to final disposition within 180 days of August 20, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. (Vernon 2013). **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature:     ___/s/ Russell Lloyd_____
                          ☒ Acting individually    ☐ Acting for the Court

Date:   __November 29, 2018___